# United States Court of Appeals
## for the Federal Circuit

Chambers of
### Sharon Prost
Circuit Judge

717 Madison Place, N.W.
Washington, D.C. 20439
(202) 312-3476

June 15, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Committee Members,

It just came to my attention that an item on my Financial Disclosure form for 2008 needs to be amended. Part VII line 6 currently lists Payless Shoes Inc. This name needs to be changed to Collective Brands (formerly known as Payless Shoes Inc.). This stock was sold in 2008. Therefore, please delete the values in Column C(1) and C(2). In addition, the following changes should be made in Column D: (1) insert sold; (2) insert 7/30; (3) insert J; and (4) insert A. Please let me know if you have any questions.



Sincerely,

Sharon Prost
Circuit Judge

RECEIVED 2009 JUN 22 A 11:00 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Prost, Sharon | 2. Court or Organization  Federal Circuit | 3. Date of Report  05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
| 7. Chambers or Office Address  U.S. Court of Appeals, Fed Cir  717 Madison Pl., NW  Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC Mortgage Corp. | 50% Ownership Residence Silver Spring, MD | None |
| 2. | Wells Fargo | Mortgage on rental property Silver Spring, MD (Pt. VII, Line 16) | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Prost, Sharon | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Municipal Bond, Chicago, IL Class RFDG | C | Interest | L | T | | | | | |
| 2. Municipal Bond, Oklahoma City, OK MIA WTR | C | Interest | L | T | | | | | |
| 3. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 4. American Washington Mut Investors Fund Inc. | B | Dividend | | | Sold | 12/29 | L | | |
| 5. May Dept. Stores (*see Part VIII Additional Information) | B | Dividend | | | Sold | 9/1 | J | A | |
| 6. Payless Shoes Inc. | | None | J | T | | | | | |
| 7. Venture Stores Inc. | | None | J | T | | | | | |
| 8. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 9. Reserve Prime Money Market | A | Dividend | J | T | | | | | |
| 10. General Electric Company | A | Dividend | J | T | | | | | |
| 11. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 12. American Funds - SmallCap World Fund Inc. CIA | | None | J | T | | | | | |
| 13. WGL Holdings Inc. | D | Dividend | K | T | | | | | |
| 14. American Funds - Capital World Growth Income Fund CIB | | None | K | T | | | | | |
| 15. American Funds - Growth Fund America Inc. CIB (* Part VIII) | A | Dividend | K | T | Buy (add'l) | 7/30 | J | | |
| 16. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 17. United States Senate FCU - Account | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 19. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 20. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 21. PNC Bank - IRA (formerly known as Riggs National Bank) | A | Interest | J | T | | | | | |
| 22. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 23. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 24. PNC Bank - CDs (formerly known as Riggs National Bank) | A | Interest | K | T | | | | | |
| 25. American Funds - Euro Pac Growth (* Part VIII) | A | Dividend | J | T | Buy (add'l) | 7/30 | J | | |
| 26. Goldman Sachs TR Mid-Cap Value Fund | | None | J | T | | | | | |
| 27. Pentair Inc. | A | Dividend | J | T | | | | | |
| 28. American Century New Opportunities | | None | J | T | Buy | 7/30 | J | | |
| 29. Eaton Vance Large Cap Value | A | Dividend | J | T | Buy | 7/30 | J | | |
| 30. Hartford Growth Opportunities | | None | J | T | Buy | 7/30 | J | | |
| 31. Artio Global Investment Funds International Equity II I | A | Dividend | J | T | Buy | 7/30 | J | | |
| 32. Mainstay Funds Large Cap Growth | | None | | | Buy | 7/30 | J | | |
| 33. | | | | | Sold | 12/29 | J | A | |
| 34. MFS Value Fund | A | Dividend | J | T | Buy | 7/30 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Prost, Sharon | - | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Value Fund | A | Dividend | J | T | Buy | 7/30 | J | | |
| 36. Royce Pennsylvania Mutual Fund | A | Dividend | J | T | Buy | 7/30 | J | | |
| 37. Thornburg International Value | | None | J | T | Buy | 7/30 | J | | |
| 38. Wells Fargo Advantage Small Cap | | None | J | T | Buy | 7/30 | J | | |
| 39. Westcore Small Cap Value Fund | A | Dividend | J | T | Buy | 7/30 | J | | |
| 40. Transamerica Equity Fund | | None | J | T | Buy | 7/30 | J | | |
| 41. Delaware Value Fund | | None | J | T | Buy | 7/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 5 - May Dept. Stores -This stock was sold 9/1/2005 but was inadvertently left on the financial disclosure forms from that year on.

Line 15 - American Funds - Growth Fund America Inc. CIB - In purchasing additional shares this year, it became clear for the first time that this mutual fund has historically, it appears, paid a dividend falling in Category A of Column B(1).

Line 25 - American Funds - Euro Pac Growth - In purchasing additional shares this year, it became clear for the first time that this mutual fund has historically, it appears, paid a dividend falling in Category A of Column B(1).

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544